# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IVETTE T. ECHENIQUE,     )
             )
    Plaintiff,    )
             )
   v.        )   Civil Action No.  25-0776 (UNA)
             )
             )
JOE BIDEN, *et al.*,      )
             )
    Defendants.   )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint.  The Court GRANTS the application and, for the reasons stated below, DISMISSES the complaint and this civil action without prejudice.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Even *pro se* litigants must comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  Fed. R. Civ. P. 8(a).  The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff appears to hold the former President of the United States and others responsible for all manner of harm, from discrimination to false arrest. The Court concludes that the complaint, as amended, falls far short of the minimum pleading standard set forth in Rule 8(a). It fails to allege facts sufficient to state a viable legal claim, or a credible basis for plaintiff's demand for $66 billion.

The Court GRANTS plaintiff's application to proceed *in forma pauperis* (ECF Nos. 2, 4), DISMISSES the complaint (ECF Nos. 1, 3) without prejudice, and DENIES plaintiff's motions (ECF Nos. 6-7) without prejudice as moot.

A separate order accompanies this Memorandum Opinion.


DATE: March 27, 2025                    /s/
                                        CHRISTOPHER R. COOPER
                                        United States District Judge